IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RALPH SANDERS**                                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 4:07-cv-117-HTW-LRA**

**LARRY MYERS, JAMIE HORNE,**
**UNKNOWN HARDY AND**
**HEATHER MACDORY**                                                      **DEFENDANTS**

<u>ORDER</u>

This matter is before the Court on Plaintiff's conditions of confinement complaint

pursuant to 42 U.S.C. § 1983.  Upon a review of the complaint, it is unclear to this Court whether

or not the Plaintiff is presently incarcerated.  Therefore, he is required to provide additional

information to this Court.  Accordingly, it is hereby,

ORDERED:

1. That on or before November 9, 2007, Plaintiff shall file a written response to:

(a) specifically state if he is presently incarcerated;

(b) if the Plaintiff is incarcerated, he must provide the name of the facility and the address
for the facility where he is incarcerated; and

(c) if the Plaintiff is not incarcerated, state the date when the Plaintiff was released from
incarceration.

2. **That failure to advise this Court of a change of address or failure to timely comply**

**with any order of this Court will be deemed as a purposeful delay and contumacious act by**

**the Plaintiff and may result in this cause being dismissed without prejudice and without**

**further notice to the Plaintiff.**

THIS the ___22nd___ day of October, 2007.

 s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE