**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**RALPH SANDERS**                                                                             **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 4:07cv117-LRA**

**LARRY MYERS, JAMIE HORNE,
UNKNOWN HARDY AND HEATHER MCADORY**            **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Complaint, Defendants' Motion for Qualified Immunity [#30], and the sworn testimony presented by Plaintiff Ralph Sanders at the omnibus hearing in this cause, and upon Plaintiff's *ore tenus* motion to voluntarily dismiss Defendant "Unknown" Hardy,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint filed by Ralph Sanders is **dismissed with prejudice** as to Defendants Jamie Horne, Heather McAdory, "Unknown" Hardy, and Larry Myers, and Final Judgment in favor of these Defendants is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 24th day of July, 2009.

                                               S/ Linda R. Anderson
                                  UNITED STATES MAGISTRATE JUDGE